Jamon R. Hicks, Esq. (SBN: 232747)
*DOUGLAS / HICKS LAW, APC*
5120 W. Goldleaf Circle, Suite140
Los Angeles, California 90056
Telephone (323) 655-6505
Facsimile (323) 927-1941
jamon@douglashickslaw.com

Justin L. Ward (SBN: 225363)
**THE WARD FIRM**
2121 Natomas Crossing Drive,
Suite 200-239
Sacramento, California 95834
Telephone (916) 443-2474
Facsimile (916) 209-8628
justin@jlwardfirm.com

Attorney for Plaintiffs,
CARLA MACK and FLOYD MACK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MACK and FLOYD MACK, | CASE NO.: 2:16-CV-02504-TLN-CMK |
| Plaintiff, | |
| vs. | **ORDER RE JOINT STIPULIATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |
| TOWN OF PARADISE POLICE DEPARTMENT, a business organization of unknown status; TOWN OF PARADISE; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

That Plaintiffs are granted permission to file a First Amended Complaint, without the need for a noticed motion and hearing in the above-referenced case.

**IT IS SO ORDERED**.

Dated: December 5, 2017

Troy L. Nunley
United States District Judge