UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARLA MACK,<br><br>            Plaintiff,<br><br>v.<br><br>TOWN OF PARADISE, et al.,<br><br>            Defendants. | Case No.   2:16-CV-02504-TLN-DMC<br><br>**CIVIL JURY TRIAL MINUTES**<br><br>Date:            September 12, 2022<br>Deputy Clerk:   Michele Krueger<br>Court Reporter: Jennifer Coulthard |

**Appearances for Plaintiff:**            **Appearances for Defendants:**

Jamon Hicks and Justin Ward            Derick Konz

Proceedings: Jury Trial (Day 1) – Motions in Limine, Jury Selection, Opening Statements and Evidence Entered

9:15    All parties present. The Court issued its ruling on Defendants' Motions in Limine (ECF No. 46), the parties' Objections to Deposition Designations (ECF Nos. 62 and 67), and Defendant's Objections to Admissibility of Plaintiff's Exhibits 5, 6 and 7 (ECF No. 68).

10:15   Morning recess.

10:30   Court back in session with all parties present. The prospective jurors present and sworn. The Court conducted voir dire.

11:55   The prospective jurors were admonished and excused for the lunch recess. The Court remained in session with prospective Juror #9 regarding questions that might impact his ability to be fair and impartial.

12:10   Court in recess for lunch.

1:10    Court back in session with all parties present and outside the presence of the jury except for prospective Juror #17 regarding overheard statements made by Plaintiff.

1:20    All prospective jurors present. The Court continued with voir dire.

2:25    The parties executed their peremptory challenges.

2:39    The jury (8) was selected and sworn. The Court thanked and excused the remaining prospective jurors.

2:45    Afternoon recess.

3:11   Court back in session with all parties and jury present. The Court read its preliminary jury instructions.

3:25   Plaintiff's Opening Statement made by Justin Ward.

3:40   Defendants' Opening Statement made by Derick Konz.

4:09   Plaintiff called witness **Sergeant Robert Pickering**, sworn and testified on direct by Mr. Hicks.

4:55   The jurors were admonished and excused for the afternoon recess. The Court remained in session regarding an objection to evidence.

5:00   Court adjourned until 9:00 a.m. on Tuesday, September 13, 2022.